1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com

3
   **HALL JAFFE & CLAYTON, LLP**
4  7425 Peak Drive
   Las Vegas, Nevada 89128
5  (702) 316-4111
   Fax (702) 316-4114
6
   *Attorneys for Defendant,*
7  *State Farm Mutual Automobile Insurance Company*

8
                   **UNITED STATES DISTRICT COURT**
9
                          **DISTRICT OF NEVADA**
10
   | EFREN CARLOS MANZANO, an individual; | Case No. 2:22-cv-00357-APG-NJK |
   |---|---|
   | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
   | vs. | |
   | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
   | Defendants. | |

   IT IS HEREBY STIPULATED between the parties, Defendant, State Farm Mutual Automobile Insurance Company ("Defendant"), and Plaintiff, Efren Carlos Manzano ("Plaintiff"), by and through their undersigned counsel of record, and hereby agree and stipulate as follows:

   / / /

   / / /

   / / /

   / / /

   / / /

   / / /

   1

IT IS HEREBY STIPULATED AND AGREED that the Complaint, in this matter be dismissed with prejudice, including any and all claims asserted therein or could have been asserted therein, and each party bear their own attorney fees and costs.

| Dated May 7, 2022 | Dated April 14, 2022 |
|---|---|
| HALL JAFFE & CLAYTON, LLP | ERIC ROY LAW FIRM |
| /s/ Riley A. Clayton | /s/ Eric Roy |
| RILEY A. CLAYTON<br>Nevada Bar No. 05260<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant, State Farm Mutual Automobile Insurance Company* | ERIC ROY<br>Nevada Bar No. 11869<br>703 South Eighth Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff, Efren Carlos Manzano* |

**ORDER**

**IT IS SO ORDERED.**

Dated: May 10, 2022

_____
UNITED STATES DISTRICT COURT JUDGE

2